# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2087. STEVENS v. THE TRAVELERS HOME AND MARINE INSURANCE COMPANY.**

After appellant Andrew Stevens failed to file his brief and enumerations of error within the time provided by Court of Appeals Rule 23 (a), this Court ordered Stevens to file his brief and enumeration of errors no later than 4:30 P.M. on September 2, 2025. We cautioned that his failure to file by that time "shall result in dismissal of the appeal." Stevens has failed to timely comply with this Court's order and this appeal is hereby DISMISSED. See *Tolbert v. Tolbert*, 234 Ga. 708 (217 SE2d 162) (1975). Stevens's motion to supplement the record is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/05/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*